157 A.3d 414

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. FULGEN-
CIO GONZALEZ–MONASTERIO (A/K/A FULGENCIO G. MO-
NASTERIO, DANIEL CRUZ, FOLENCEO GONZALEZ, WIL-
FREDO GONZALEZ, FULGENCIO GONZALEZMONASTERIO,
DAVID MENDEZ, FULGENCIO MONASTERIO, FULGENCIO
MONESTESIO, FULGENZIA O. GONSALEZ, AND FOLENCO
GONZALEZ), DEFENDANT–RESPONDENT. STATE OF NEW
JERSEY, PLAINTIFF–PETITIONER, v. BERNARDO MAR-
TINEZ (A/K/A BERNALDO MARTINEZ, AND ODILON VELAS-
QUEZ), DEFENDANT–RESPONDENT.

MARCH 27, 2017

ORDER

This matter having been duly considered by the Court;

It is ORDERED that to provide guidance to the trial court on
remand, the Appellate Division's decision is summarily modified as
follows. The trial court did not err—as the Appellate Division
concluded—in instructing the jury on principles of accomplice
liability concerning the charge of hindering apprehension, *N.J.S.A.*
2C:29–3.

The Court having determined that certification was improvi-
dently granted as to all other issues presented in this appeal;

It is ORDERED that the appeal is dismissed.